161 A.3d 763

ROBERT FERRANTE, PLAINTIFF–RESPONDENT, v. NEW JERSEY MANUFACTURERS INSURANCE GROUP, DEFENDANT–MOVANT.

March 9, 2017

## ORDER

It is ORDERED that the motion for an extension of time within which to file an appellant's brief (M–839) is granted; said brief to be served and filed on or before March 31, 2017; and if is further

ORDERED that the motion to supplement the record (M–840) is granted.